28



Fee paid 150022562

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

Anita L. Richardson B.S.N RN

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**v.**

Henry Ford Health
James Buckley
Nancy Price
Nicole Ransom
Felicia Lawal

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case: 2:26-cv-14018
Assigned To : Parker, Linda V.
Referral Judge: Altman, Kimberly G.
Assign. Date : 10/21/2026
Description: CMP RICHARDSON V. HENRY FORD HEALTH ET AL (CC)

*(to be filled in by the Clerk's Office)*

Jury Trial: ☐ Yes ☑ No
*(check one)*

# Complaint for Employment Discrimination

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Anita L. Richardson |
| Street Address | 15070 Inkster Rd |
| City and County | Redford, Wayne |
| State and Zip Code | Michigan, 48239 |
| Telephone Number | 248-818-4903 |
| E-mail Address | anitared1@aol.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Henry Ford Health |
| Job or Title (if known) | Corporate Headquarters |
| Street Address | 1 Ford Place |
| City and County | Detroit, Wayne |
| State and Zip Code | Michigan, 48202 |
| Telephone Number | (800) 436-7936 |
| E-mail Address (if known) | |

Defendant No. 2

| | |
|---|---|
| Name | James Buckley |
| Job or Title (if known) | Human Resource Bisness Partner |
| Street Address | 2799 W Grand Blvd, |
| City and County | Detroit, Wayne |
| State and Zip Code | Michigan, 48202 |
| Telephone Number | 248-990-8090 |
| E-mail Address (if known) | jbuckle3@hfhs.org |

Defendant No. 3

| | |
|---|---|
| Name | Nicole Ransom |
| Job or Title (if known) | Clinical Nurse Manager |
| Street Address | 2799 W Grand Blvd, |
| City and County | Detroit, Wayne |
| State and Zip Code | Michigan, 48202 |
| Telephone Number | 313-542-9720 |
| E-mail Address (if known) | nransom1@hfhs,org |

Defendant No. 4

| | |
|---|---|
| Name | Felicia Lawal |
| Job or Title (if known) | Assistant Nurse Manager |
| Street Address | 2799 W Grand Blvd, |
| City and County | Detroit, Wayne |
| State and Zip Code | Michigan, 48202 |
| Telephone Number | 313-949-7260 |
| E-mail Address (if known) | flawal1@hfhs.org |

**C. Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is:

| | |
|---|---|
| Name | Henry Ford Health |
| Street Address | 2799 W Grand Blvd, |
| City and County | Detroit, Wayne |
| State and Zip Code | Michigan, 48202 |
| Telephone Number | (313) 916-2600 |

## II. Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

- [x] Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

  *(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

- [ ] Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

  *(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

- [ ] Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

  *(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

- [x] Other federal law *(specify the federal law)*:
  Whistleblower Protection Act of 1989

- [ ] Relevant state law *(specify, if known)*:

- [ ] Relevant city or county law *(specify, if known)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- ☐ Failure to hire me.
- ☑ Termination of my employment.
- ☐ Failure to promote me.
- ☐ Failure to accommodate my disability.
- ☐ Unequal terms and conditions of my employment.
- ☑ Retaliation.
- ☑ Other acts *(specify)*:

Workplace harassment

Systematic workplace bullying

Unsafe work conditions

Hostile work environment

Enabling and maintaining a toxic work environment

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B. It is my best recollection that the alleged discriminatory acts occurred on date(s) 11/2024, 1/27/2025, / 5/3/2025, 7/13/2025, 8/1/2025 8/22/2025, 8/27/2025, 9/3/2025

C. I believe that defendant(s) *(check one)*:

- ☑ is/are still committing these acts against me.
- ☐ is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- ☑ race Black/ african american
- ☑ color Brown
- ☐ gender/sex ______
- ☐ religion ______
- ☐ national origin ______
- ☐ age. My year of birth is ______. *(Give your year of birth only if you are asserting a claim of age discrimination.)*
- ☐ disability or perceived disability *(specify disability)*

______

E. The facts of my case are as follows. Attach additional pages if needed.

Claim#1
Approx Mid 2024 to Mid-2025 during my time at Henry Ford Health, Clinical Nurse Manager Nicole Ransom would continuously exclude me from work meetings needed to safely perform certain job roles on the unit. I was removed from certain nursing roles by Clinical Nurse Manager Nicole Ransom for no given reason when asked. Because it kept happening and I was doing well within the company, had a good employee record and I did my job, I had no choice but to assume that I was being excluded from meetings because of my race, color, appearance, or unwarranted vindictiveness.

Claim#2
In November 2024 coworker Charmell Hooks physically threatened me. I reported this incident to overnight management and to Clinical Nurse Manager Nicole Ransom the morning after incident. During this meeting, Clinical Nurse Manager Nicole Ransom told me that I should apologize to employee Charmell Hooks when I did or said nothing to provoke being yelled at and physically threatened by this employee.

Claim # 3
On January 27th, 2025 I received a written warning with suspension regarding attendance after explaining to the Clinical Nurse Manager Nicole Ransom that the days that were being taken off was due to hostile colleagues that were causing safety issues to me, the patients and the unit on overnight shifts, especially on nights when I was made to be Charge Nurse over the unit. The Clinical Manager Nicole Ransom told me to either put my schedule in late or use my FMLA to avoid termination.

Claim #4
On April 11th 2025, the Nurse Manager Nicole Ransom severely altered a document I created for my peers while I was off shift and out of town. The Edited document was laced with extremely poor grammar and misspelling and then sent the document to her superiors. When asked about the edited document, the Clinical Manager Nicole Ransome gave no answer why she chose to edit official recorded meeting minutes for a meeting she did not attend. Later in April, I received a documented counseling from Nurse Manager Nicole Ransom following an April 22nd 2025 report made against me from a Caucasian Charge Nurse after it was made known in writing to management that I appropriately followed all hospital procedure and protocols related to the allegation.

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV. Exhaustion of Federal Administrative Remedies

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

May1st, 2026

B. The Equal Employment Opportunity Commission *(check one)*:

☐ has not issued a Notice of Right to Sue letter.

☑ issued a Notice of Right to Sue letter, which I received on *(date)*

July 29th, 2026 then again on 10/13/2026 after reconsideration R.

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☑ 60 days or more have elapsed.

☐ less than 60 days have elapsed.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. Attach additional pages if needed.

I believe the wrongs against me are continuing because I received postal mail dated August 14th, 2026 alerting me of a Cyber Incident in which my Social Security Number was viewed or taken from Paylogic network system. Per the letter, this system is used in the enrollment of employee benefits. I have not enrolled in any employee benefit since being hired at Henry Ford Health. This breach was reported to law enforcement by Paylogic.

One year loss wages $90,739.99 (sum of quarterly wage report from state of MI): For termination of employment

Punitive damages $750,000: violating my right to safe working conditions, harassment, physical threats, purposeful damage to career reputation, purposeful delay of due processes, MI UIA fraud, not implementing workplace violence and safety protocols in an effective and timely manner on my behalf to ensure safety, Workplace exclusion and isolation, prevention of any career opportunity that my career trajectory and work ethics would have brought me had I not been in a hostile work environment and the cyber-breach

Prolonged Psychological and Emotional distress $350,000

$700 for obtaining state transcripts for credibility purposes and all court filing fees.

A clear and concise explanation of why HFH management and Human Resources did not

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 10/21/2026, 2026.

Signature of Plaintiff: Anita Richardson

Printed Name of Plaintiff: Anita L. Richardson

Additional defendant page

Defendant No. 5

Name Nancy Price

Job or Title Nursing Administrator

(if known) Street Address 2799 W Grand Blvd

City and County Detroit, Wayne

State and Zip Code Michigan, 48202

Telephone Number Telephone Number 313-916-2600

E-mail Address NPRICE9@hfhs.org

Statement of Claim

Page Attachment 7 Pages

Claim#1

Approx Mid 2024 to Mid-2025 during my time at Henry Ford Health, Clinical Nurse Manager Nicole Ransom would continuously exclude me from work meetings needed to safely perform certain job roles on the unit. I was removed from certain nursing roles by Clinical Nurse Manager Nicole Ransom for no given reason when asked. Because it kept happening and I was doing well within the company, had a good employee record and I did my job, I had no choice but to assume that I was being excluded from meetings because of my race, color, appearance, or unwarranted vindictiveness.

Claim#2

In November 2024 coworker Charmell Hooks physically threatened me. I reported this incident to overnight management and to Clinical Nurse Manager Nicole Ransom the morning after incident. During this meeting, Clinical Nurse Manager Nicole Ransom told me that I should apologize to employee Charmell Hooks when I did or said nothing to provoke being yelled at and physically threatened by this employee.

Claim # 3

On January 27th 2025 I received a written warning with suspension regarding attendance after explaining to the Clinical Nurse Manager Nicole Ransom that the days that were being taken off was due to hostile colleagues that were causing safety issues to me, the patients and the unit on overnight shifts, especially on nights when I was made to be Charge Nurse

over the unit. The Clinical Manager Nicole Ransom told me to either put my schedule in late or use my FMLA to avoid termination.

Claim #4

On April 11th 2025, the Nurse Manager Nicole Ransom severely altered a document I created for my peers while I was off shift and out of town. The Edited document was laced with extremely poor grammar and misspellings and then the document was sent to CNM Ransom's superiors. When asked about the edited document, the Clinical Manager Nicole Ransome gave no answer why she chose to edit official recorded meeting minutes for a meeting she did not attend. Later in April, I received a documented counseling from Nurse Manager Nicole Ransom following an April 22nd 2025 report made against me from a Caucasian Charge Nurse after it was made known in writing to management that I appropriately followed all hospital procedure and protocols related to the allegation.

Claim # 5

On April 17th 2025 I sent an email to payroll following a payrate reduction. The response email from payroll was that the Clinical Management manages those rates. I reached out to management via email regarding the pay discrepancy, and I received no response. I quickly met with Clinical Manager Nicole Ransom who acknowledged the matter and said "ill fix it" but I never received confirmation that the missing pay was returned.

Claim #6

May 3rd 2025 coworker Charmell Hooks again physically threatened me. I verbally reported this incident to the Clinical Nurse Manger Nicole Ransom. Clinical Nurse Manger Nicole Ransom wrote my verbal report out on paper on May 19th 2025 but because the behaviors of the coworker were continuous and ongoing, this time I sent email to Clinical Management Nicole Ransom and Assistant Manager Felicia Lawal confirming my verbal report and explaining that I would have to escalate the matter up the Chain of Command. I received an email back from Clinical Nurse Manager Nicole Ransom stating she would not be able to act regarding the physical threat until I drafted an email. However, I had already made pervious reports regarding this behavior and no administration action taken. Later in May 2025 while in the Charge Nurse role, another coworker Teria Smith stated "yeah, right, cuz ill whoop yo ass" after I sighed to her asking me why I didn't place the nightly team plan directly in her hand after I placed them on the clerk desk were the printer was and where she and other employees were congregating at the time. I reported the verbal threat to manager Nicole Ransom, and no administrative action ensuring my safety was done on my behalf. Because of this threat and no action taken, I immediately stepped down from the committee where I was chairperson and Teria Smith was a member to ensure my physical safety.

Claim#6

Continuous and ongoing reporting. I made Multiple reports through the Henry Ford Health Risk Log / Incident Reporting Systems, reporting unprofessional behaviors, patient data and blood sample delays, safety incidents, inappropriate nursing assignments and more. I reported all physically threatening behavior directly to Clinical Manager Nicole Ransom. I

also made reports via the HALO communication system like how the Unit Secretary Shauna Scott unsafely forwarded all unit calls and telemetry monitor alerts to my work phone while on shift for two days straight. I received no response about this matter. I took screenshots of this, but my work phone was taken upon termination.

Claim #7

On or around July 13th 2025 Human Resource Business Partner James Buckley was called on me by Clinical Nurse Nicole Ransom as "witness" claiming that the employees that I have previously reported multiple times about safety issues, harassment, and threats done against me, made false allegations of aggression against me toward them. After speaking with me about the false allegations Human Resource Business Partner James Buckley stated that he would investigate the matter not understanding or listening that I had done nothing to be place under any investigation. I was terminated by Clinical Nurse Manager Nicole Ransom for attendance before any investigation was conducted or completed by Human Resource Business Partner James Buckley.

Claim#8

After the July meeting with Business Partner James Buckley the harassment intensified with multiple coworkers and Clinical Management. The harassment, verbal threats, and false allegation against me continued until my last day on the unit which was August 18th, 2025. The Clinical Nurse Manager Nicole Ransom then called my personal phone every day from August 19th, 2025 to August 22nd 2025 before terminating me.

Claim#9

On August 1st 2025, with Assistant Manager Felicia Lawal present, I explained to the Clinical Manager Nicole Ransom that I was aware that she was trying to get me terminated. After this meeting, the manager held me behind a door and begin to physically approach me right before the Assistant Manager knocked on the door looking for me and push the Manager Nicole Ransom's door open to get me from behind the office door. Later in the day, I sent email to the Assistant Manager Felicia Lawal as acknowledgement of incident and thanking her from getting me from behind the door.

Claim #10

On or around August 13th 2025 while sitting in the nurse's station coworker Teria Smith stated "you could say something instead of looking at me with that stupid look on your face" when I said nothing to her and shook my head yes regarding a blood sample I obtained for a patient I was caring for. There were two nurses RN Jeressa and RN Angleah who witnessed this incident and said nothing. I found out on my own that day that the nurse in charge of the evening RN Alexis Hart sent email to Nurse Manager Nicole Ransom describing the events of that evening. Again, no administrative action was taken on my behalf regarding this incident. On another shift, this same employee, Teria Smith, lied to Assistant Manager Felicia Lawal accusing me of not following unit protocols she made up and does not exist. The false report led to an interrogative meeting with the Clinical Manager Nicole Ransom. At this point, I had no choice but to believe that nothing was being done on my behalf because the parties involved were black/ African American because I had good citizenship, good peer reviews, I was in good standing with the company and always made honest accurate reports. I felt my race played a factor due to

Claim #4 in April 2025 when a Caucasian Charge Nurse made a false or misleading report about me and negative administrative action was taken against me immediately.

Claim #10

On August 22nd 2025 My employment was terminated effective August 22nd under the guise of a Henry Ford Health Attendance Policy Violation 1 hour after reporting harassment, verbal threat, and the Clinical Manager Nicole Ranson's refusal to take any administrative action regarding my safety reports, bullying, harassment and threatening behaviors from the aforementioned coworkers and the Clinical Nurse Manager Nicole Ransom to Human Resources Business Partner James Buckley and Nursing Administrator Nancy Price. Shortly after the August 22nd termination notice email, my corporate email account was quickly deactivated. I felt that this was done to me so that I would be unable to communicate what was happening to me or have access to incident conformations located in my corporate email account.

Claim#11

August 27th 2025 Resources Business Partner James Buckley put his hand toward my face in a dismissive manner during a meeting when I attempted to tell him what was actually happening to me, how I was being treated by staff and how I was being negatively affected by it. I asked for appeal papers. I returned an 8–11-page appeal response detailing incidents within the 5-day appeal period. Approx. September 12th, 2025 Human Resources Business Partner James Buckley upheld the termination appeal decision made by Clinical

Nurse Manager Nicole Ransom without any consideration of career damaging actions the CNM Nicole Ransom was taking against me.

Claim #12

September 25 2025 through April 15th 2026 After employment termination, Henry Ford employees committed unemployment fraud against me by continuously and consistently providing false and fraudulent employment record information to state agency causing signification delays and denials in state processing. I felt this was done to me as retaliation for reporting Clinical Nurse Manager Nicole Ransom behaviors to Human Resources Business Partner James Buckley and the Nursing Administrator Nancy Price via email.

Claim #13

August 22nd 2026, I received a letter by US postal mail explaining a cyber incident where law enforcement had to be notified of a breach in current or former employer benefits Paylogic network system. Per the letter from Paylogic, my social security number was viewed or taken from the network system between November 13th 2025 and November 18th 2025. My last former employer is Henry Ford Health as I have not yet had the opportunity to enroll in any other company's employee health benefits plans.

. V Relief Attachment Page

I believe the wrongs against me are continuing because I received postal mail dated August 14th, 2026 alerting me of a Cyber Incident in which my Social Security Number was viewed or taken from Paylogic network system. Per the letter, this system is used in the enrollment of employee benefits. I have not enrolled in any employee benefit since being hired at Henry Ford Health. This breach was reported to law enforcement by Paylogic.

One year loss wages $90,739.99 (sum of quarterly wage report from state of MI): For termination of employment

Front pay (Base Salary + Bonuses + Benefits) ×Duration−Replacement Earnings

Punitive damages $999,999: violating my right to safe working conditions, harassment, physical threats, purposeful damage to career reputation, purposeful delay of due processes, MI UIA fraud, not implementing workplace violence and safety protocols in an effective and timely manner on my behalf to ensure safety and prevent termination, Workplace exclusion and isolation, prevention of any career opportunity that my career trajectory and work ethics would have brought me had I not been in a hostile work environment and the cyber-breach

Prolonged Psychological and Emotional distress $350,000

$700 for obtaining state transcripts for credibility purposes and all court filing fees.

A clear and concise explanation of why HFH management and Human Resources did not investigate or respond effectively and promptly to my multiple safety and other reports, and whether my race, color, appearance, or character influenced their failure to act before my termination.

Concise information regarding my termination by Human Resources for attendance 1 hour after reporting harassment and threats.

Reconciliation of any and all fabricated and/or manipulated employee records and Removal of any untrue allegations placed in employee files.

Reconcile all cyber breaches and leaks, protect living address, personal information and passwords remaining in Henry Ford Health systems and corporate accounts.

Removal of any untrue allegations placed in employee files.

Cease and desist any further career damaging speech and false allegations.

Reconcile attendance record with badge swipe log in records.

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**Detroit Field Office**
477 Michigan Avenue, Room 865
Detroit, MI 48226
(313) 774-0020
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS

(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 07/28/2026

**To:** Mrs. Anita L. Richardson
11372 Whitcomb
DETROIT, MI 48227
Charge No: 471-2025-07965

EEOC Representative and email: ELEANOR MAY
INVESTIGATOR
ELEANOR.MAY@EEOC.GOV

---

### DETERMINATION AND NOTICE OF RIGHTS

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice that the EEOC has dismissed your charge and has issued you notice of your right to sue the respondent(s) on this charge. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of EEOC's official notice of dismissal.** You should keep a record of the date you received the EEOC's official notice of dismissal. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 471-2025-07965.

On behalf of the Commission,

Digitally Signed By:RAMIRO GUTIERREZ
07/28/2026

RAMIRO GUTIERREZ
DIRECTOR

**Cc:**
NA NA
Henry Ford health
2799 W GRAND BLVD
DETROIT, MI 48202

Robert Farr
Henry Ford Health System
1 Ford Place, Suite 4F
Detroit, MI 48202

Please retain this Notice for your records.

**Fw: EEOC No. 471-2025-07965 (unable to submit any documentation on the EEOC portal on or after July 29th 2026.)**

**From:** Anita Richardson <anitared1@aol.com>
**To:** oswaldo.vizcaino@eeoc.gov <oswaldo.vizcaino@eeoc.gov>
**Date:** Oct 13, 2026, 4:05 PM

Hello.

I am emailing you to inform you that I sent supporting documents RE: EEOC No. 471-2025-07965 via email to Agent Elenor May as instructed to by her, I was not able to submit any documentation on the EEOC portal on or after July 29th 2026. Also, the only correspondence I received from the EEOC portal was today October 13, 2026. Supporting documentation was sent via email in July, and in September of 2026.

----- Forwarded Message -----
**From:** OSWALDO VIZCAINO <OSWALDO.VIZCAINO@EEOC.GOV>
**To:** Anitared1@aol.com <Anitared1@aol.com>
**Sent:** Tuesday, October 13, 2026 at 09:44:52 AM EDT
**Subject:** EEOC No. 471-2025-07965

Good morning Ms. Richardson,

Attached please find a response to your reconsideration request.

*Best regards,*

Oswaldo Vizcaino | CRTIU Supervisor

U.S. Equal Employment Opportunity Commission (EEOC)

477 Michigan Avenue, Room 865

Detroit, MI 48226

oswaldo.vizcaino@eeoc.gov | Phone: 313-774-0061 | Fax: 313-226-4610

**CONFIDENTIAL NOTICE**

This e-mail and any files transmitted with it may contain PRIVILEGED or CONFIDENTIAL information and may be read or used only by the intended recipient. If you are not the intended recipient of the e-mail or any of its attachments, please be advised that you have received this e-mail in error and that any use, dissemination, distribution, forwarding, printing, or copying of this e-mail or any attached files is strictly prohibited. If you have received this e-mail in error, please immediately purge it and all attachments and notify the sender by reply e-mail.

471-2025-07965 Reconsideration request.pdf
155 KB

image001.png
47 KB

**RE: For Record Acknowledgment of Official Letter Dated August 7th, 2026, that was Received October 13th, 2026 (471-2025-07965)**

**From:** Anita Richardson <anitared1@aol.com>
**To:** oswaldo.vizcaino@eeoc.gov <oswaldo.vizcaino@eeoc.gov>
**Date:** Oct 14, 2026, 12:59 PM

Hello.

This email is to acknowledge a letter sent to me on October 13th, 2026, from a EEOC Detroit Field Office Supervisor of the denial of requested investigation reconsideration and case closure of EEOC charge No 471-2025-07965 dated August 7th, 2026, sent by the District Director of Indianapolis. The notice received states that the initial decision given on July 29, 2026, was appropriate for dismissal. The initial dismissal of EEOC charge No. 471-2025-07965 was due to missed correspondence within the given strict 6-day July 22-July 28, 2026, claimant response window, and not due to any investigation or prior review of supporting documentation into the EEOC charge filed. After July 29th no correspondence was given or posted to the EEOC portal until 9/16/2026 regarding the EEOC charge No 471-2025-07965 asking for supporting documentation. I sent and offered supporting documentation via email to the EEOC investigator as instructed because I was no longer able to upload any documents to the EEOC portal on or after July 29th, 2026. I also was unable to send certain documentation via email because of EEOC email policy alerts. I sent email correspondence on July 29, 2026, July 30 & 31, 2026, August 14th, 2026, and September 9, 2026, and received no replies. Other correspondences were posted on the EEOC portal from 10/2/2026 thru 10/13/2026 but I did not receive any notification of EEOC correspondence until 10/13/2026. As of 10/13/2026 I am unable to view or access any correspondence posted to EEOC portal after July 29th, 2026.

## Fw: EEOC No. 471-2025-07965

**From:** Anita Richardson <anitared1@aol.com>
**To:** oswaldo.vizcaino@eeoc.gov <oswaldo.vizcaino@eeoc.gov>
**Date:** Oct 13, 2026, 3:16 PM

hello

Thank you for your reconsideration into charge No. 471-2025-07965. I have received today's email. I have not been getting any notifications of any previous email correspondence before today. The last time I checked the EEOC portal I had no further correspondence or notifications until today and I was unable to use to portal. I am not quite clear on why I only received certain EEOC notifications until today. Today I am still unable to view or click on documents. If possible, can you, please send official end date for right to sue.

----- Forwarded Message -----
**From:** OSWALDO VIZCAINO <OSWALDO.VIZCAINO@EEOC.GOV>
**To:** Anitared1@aol.com <Anitared1@aol.com>
**Sent:** Tuesday, October 13, 2026 at 09:44:52 AM EDT
**Subject:** EEOC No. 471-2025-07965

Good morning Ms. Richardson,

Attached please find a response to your reconsideration request.

*Best regards,*

Oswaldo Vizcaino | CRTIU Supervisor

U.S. Equal Employment Opportunity Commission (EEOC)

477 Michigan Avenue, Room 865

Detroit, MI 48226

oswaldo.vizcaino@eeoc.gov | Phone: 313-774-0061 | Fax: 313-226-4610

**CONFIDENTIAL NOTICE**

This e-mail and any files transmitted with it may contain PRIVILEGED or CONFIDENTIAL information and may be read or used only by the intended recipient. If you are not the intended recipient of the e-mail or any of its attachments, please be advised that you have received this e-mail in error and that any use, dissemination, distribution, forwarding, printing, or copying of this e-mail or any attached files is strictly prohibited. If you have received this e-mail in error, please immediately purge it and all attachments and notify the sender by reply e-mail.

471-2025-07965 Reconsideration request.pdf
155 KB

image001.png
47 KB

## Employment Discrimination Case Resources

**From:** Prose Clinic <proseclinic@udmercy.edu>
**To:** anitared1@aol.com <anitared1@aol.com>
**Date:** Oct 19, 2026, 3:02 PM

Good afternoon, Mrs. Richardson,

Thank you for contacting the Federal *Pro Se* Clinic ("Clinic"). The Clinic provides limited-scope legal advice to low-income litigants.

We have reviewed your intake, and due to the tight deadline for your filing, we will not be able to assist with your claim. We are currently at capacity and are unable to take on cases with rigid upcoming deadlines. However, we have collected some information on employment-related claims that may assist you with filing a federal claim.

We believe that it is not clear that you have an employment complaint that lies within federal jurisdiction. **To establish federal jurisdiction, any potential claim needs to identify which federal statutes apply to the facts of the claim**. Generally, for employment matters, **these claims ususally lie under one of the following areas**: (1) **Title 7** (Protected Class Discrimination); (2) **ADEA** (Age Discrimination); and (3) **ADA** (Disability Discrimination). If your claim falls under one of these areas, you may be able to establish federal jurisdictions, however, that is dependent on the facts of your case.

If you cannot establish federal jurisdiction, you might instead **choose to file your claim under Michigan law in Michigan state court**. Michigan state law employment claims **do not** require an EEOC Right to Sue Letter. With no looming deadline directed by your Right to Sue letter, you may have more time to prepare a complete and well-structure complaint. Additionally, Michigan law may have other options for employment-related claims. (Please note that there still are deadlines that may need to be met for a state claim).

If you choose to proceed with filing in federal court, please note that your complaint contains concrete allegations as to how the defendant violated the established federal statutes. Make sure to list the facts as detailed as possible, including names of the individuals, the dates that each encounter occurred, and what exactly happened during each encounter. Then, outline and explain each part of the law that applies to this complaint. Finally, explain how your facts prove each part of the laws listed above. As promised on our call, we have included resources that may assist you with writing, as well as a list of employment lawyers you can contact. If those attorneys cannot provide you legal assistance, you should ask them if they can refer you to someone else who can.

Resources:

1. Pro Se FAQ
2. Pro Se Information with How To Videos, Instruction Sheets, and Necessary Forms
3. Pro Se Document Upload
4. List of Employment Attorneys (attached)
5. Employment Discrimination Complaint Form (attached)
6. New Lawsuit Checklist (attached)

We apologize for not being able to assist, and wish you good luck with your case. If you choose to proceed with filing in Federal court and require help with other processes in your case, please contact the clinic in the future, and we will be happy to reassess whether we can help.

Kind regards,

Marina Matti
3L Student Attorney
**Federal *Pro Se* Legal Assistance Clinic**
Theodore Levin United States Courthouse
231 W. Lafayette Blvd, Room 738
Detroit, MI 48226
(313) 234-2690
proseclinic@udmercy.edu

**NOTICE:** The information transmitted by this email is intended only for the person or entity to which it is addressed. This email may contain proprietary, confidential and/or privileged material. If you are not the intended recipient of this message, be aware that any use, review, retransmission, distribution, reproduction or any action taken in reliance upon this message is strictly prohibited. If you received this in error, please contact the sender and delete the material from all computers.

List of Employment Attorneys.pdf
202 KB

Employment_Discrim_Complaint.pdf
1.2 MB

New_Lawsuit_Checklist.pdf
66 KB

JS 44 (Rev. 03/24)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS**
Anita L. Richardson

**DEFENDANTS**
Henry Ford Health, James Buckley, Nancy Price, Nicole Ransom, Felicia Lawal

**(b)** County of Residence of First Listed Plaintiff: Wayne
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: Wayne
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [X] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [X] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

**CONTRACT**
- [ ] 110 Insurance
- [ ] 120 Marine
- [ ] 130 Miller Act
- [ ] 140 Negotiable Instrument
- [ ] 150 Recovery of Overpayment & Enforcement of Judgment
- [ ] 151 Medicare Act
- [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- [ ] 153 Recovery of Overpayment of Veteran's Benefits
- [ ] 160 Stockholders' Suits
- [ ] 190 Other Contract
- [ ] 195 Contract Product Liability
- [ ] 196 Franchise

**REAL PROPERTY**
- [ ] 210 Land Condemnation
- [ ] 220 Foreclosure
- [ ] 230 Rent Lease & Ejectment
- [ ] 240 Torts to Land
- [ ] 245 Tort Product Liability
- [ ] 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- [ ] 310 Airplane
- [ ] 315 Airplane Product Liability
- [ ] 320 Assault, Libel & Slander
- [ ] 330 Federal Employers' Liability
- [ ] 340 Marine
- [ ] 345 Marine Product Liability
- [ ] 350 Motor Vehicle
- [ ] 355 Motor Vehicle Product Liability
- [ ] 360 Other Personal Injury
- [ ] 362 Personal Injury - Medical Malpractice

PERSONAL INJURY
- [ ] 365 Personal Injury - Product Liability
- [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- [ ] 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- [ ] 370 Other Fraud
- [ ] 371 Truth in Lending
- [ ] 380 Other Personal Property Damage
- [ ] 385 Property Damage Product Liability

**CIVIL RIGHTS**
- [X] 440 Other Civil Rights
- [ ] 441 Voting
- [ ] 442 Employment
- [ ] 443 Housing/ Accommodations
- [ ] 445 Amer. w/Disabilities - Employment
- [ ] 446 Amer. w/Disabilities - Other
- [ ] 448 Education

440

**PRISONER PETITIONS**

Habeas Corpus:
- [ ] 463 Alien Detainee
- [ ] 510 Motions to Vacate Sentence
- [ ] 530 General
- [ ] 535 Death Penalty

Other:
- [ ] 540 Mandamus & Other
- [ ] 550 Civil Rights
- [ ] 555 Prison Condition
- [ ] 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- [ ] 625 Drug Related Seizure of Property 21 USC 881
- [ ] 690 Other

**LABOR**
- [ ] 710 Fair Labor Standards Act
- [ ] 720 Labor/Management Relations
- [ ] 740 Railway Labor Act
- [ ] 751 Family and Medical Leave Act
- [ ] 790 Other Labor Litigation
- [ ] 791 Employee Retirement Income Security Act

**IMMIGRATION**
- [ ] 462 Naturalization Application
- [ ] 465 Other Immigration Actions

**BANKRUPTCY**
- [ ] 422 Appeal 28 USC 158
- [ ] 423 Withdrawal 28 USC 157

**INTELLECTUAL PROPERTY RIGHTS**
- [ ] 820 Copyrights
- [ ] 830 Patent
- [ ] 835 Patent - Abbreviated New Drug Application
- [ ] 840 Trademark
- [ ] 880 Defend Trade Secrets Act of 2016

**SOCIAL SECURITY**
- [ ] 861 HIA (1395ff)
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC/DIWW (405(g))
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405(g))

**FEDERAL TAX SUITS**
- [ ] 870 Taxes (U.S. Plaintiff or Defendant)
- [ ] 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- [ ] 375 False Claims Act
- [ ] 376 Qui Tam (31 USC 3729(a))
- [ ] 400 State Reapportionment
- [ ] 410 Antitrust
- [ ] 430 Banks and Banking
- [ ] 450 Commerce
- [ ] 460 Deportation
- [ ] 470 Racketeer Influenced and Corrupt Organizations
- [ ] 480 Consumer Credit (15 USC 1681 or 1692)
- [ ] 485 Telephone Consumer Protection Act
- [ ] 490 Cable/Sat TV
- [ ] 850 Securities/Commodities/ Exchange
- [ ] 890 Other Statutory Actions
- [ ] 891 Agricultural Acts
- [ ] 893 Environmental Matters
- [ ] 895 Freedom of Information Act
- [ ] 896 Arbitration
- [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- [ ] 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing ***(Do not cite jurisdictional statutes unless diversity)***:
Discrimination

Brief description of cause:
Discrimination in the workplace violation of civil rights

## VII. REQUESTED IN COMPLAINT:

- [ ] CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

**DEMAND $** 1,441,438.00

CHECK YES only if demanded in complaint:
**JURY DEMAND:** [ ] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*
JUDGE ______ DOCKET NUMBER ______

DATE
October 21, 2026

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # AMOUNT APPLYING IFP JUDGE MAG. JUDGE

# PURSUANT TO LOCAL RULE 83.11

1. Is this a case that has been previously dismissed?

☐ Yes
☒ No

If yes, give the following information:

Court: ______________________________

Case No.: ______________________________

Judge: ______________________________

2. Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.)

☐ Yes
☒ No

If yes, give the following information:

Court: ______________________________

Case No.: ______________________________

Judge: ______________________________

Notes :